# EXHIBIT B

Exhibit B: List Of Enemy Combatant Detainees With Pending Habeas Corpus Petitions Who Have Been Released From United States Custody

| Case Number | Judge | Case Name | Petitioner's Name | ISN | Status |
|---|---|---|---|---|---|
| 02-CV-0828 | Kollar-Kotelly | Al-Odah v. United States | Omar Rajab Amin | 00065 | Left GTMO |
| 02-CV-0828 | Kollar-Kotelly | Al-Odah v. United States | Nasser Nijer Naser Al Mutairi | 00205 | Left GTMO |
| 02-CV-0828 | Kollar-Kotelly | Al-Odah v. United States | Abdulaziz Sayer Owain Al Shammari | 00217 | Left GTMO |
| 02-CV-0828 | Kollar-Kotelly | Al-Odah v. United States | Abdullah Saleh Ali Al Ajmi | 00220 | Left GTMO |
| 02-CV-0828 | Kollar-Kotelly | Al-Odah v. United States | Abdullah Kamal Abdullah Kamal Al Kandari | 00228 | Left GTMO |
| 02-CV-0828 | Kollar-Kotelly | Al-Odah v. United States | Mohammed Funaitel Al Dihani | 00229 | Left GTMO |
| 02-CV-0828 | Kollar-Kotelly | Al-Odah v. United States | Adil Zamil Abdull Mohssin Al Zamil | 00568 | Left GTMO |
| 02-CV-0828 | Kollar-Kotelly | Al-Odah v. United States | Saad Madai Saad Ha Wash Al-Azmi | 00571 | Left GTMO |
| 02-CV-1130 | Kollar-Kotelly | Habib v. Bush | Mamdouh Habib | 00661 | Left GTMO |
| 04-CV-1135 | Huvelle | Kurnaz v. Bush | Murat Kurnaz | 00061 | Left GTMO |
| 04-CV-1137 | Collyer | Begg v. Bush | Feroz Ali Abbasi | 00024 | Left GTMO |
| 04-CV-1137 | Collyer | Begg v. Bush | Moazzam Begg | 00558 | Left GTMO |
| 04-CV-1142 | Leon | Khalid v. Bush | Ridouane Khalid | 00173 | Left GTMO |
| 04-CV-1144 | Roberts | El-Banna v. Bush | Bisher Al Rawi | 00906 | Left GTMO |
| 04-CV-1144 | Roberts | El-Banna v. Bush | Martin Mubanga | 10007 | Left GTMO |
| 04-CV-1227 | Walton | Almurbati v. Bush | Adel Kamel Abdulla Hajee | 00060 | Left GTMO |
| 04-CV-1227 | Walton | Almurbati v. Bush | Abdullah Majed Sayyah Hasan Alnoaimi | 00159 | Left GTMO |
| 04-CV-1227 | Walton | Almurbati v. Bush | Salah Abdul Rasool Al Bloushi | 00227 | Left GTMO |
| 04-CV-1227 | Walton | Almurbati v. Bush | Salman Bin Ibrahim Bin Mohammed Bin Ali Al-Kalifa | 00246 | Left GTMO |
| 04-CV-2215 | Collyer | Deghayes v. Bush | Jamel Abdullah Kiyemba | 00701 | Left GTMO |
| 05-CV-0301 | Kessler | Al-Joudi v. Bush | Majid Abdulla Al Joudi | 00025 | Left GTMO |
| 05-CV-0301 | Kessler | Al-Joudi v. Bush | Abdulla Mohammad Al Ghanmi | 00266 | Left GTMO |
| 05-CV-0345 | Bates | Al-Anazi v. Bush | Ibrahim Suleiman Al-Rubaish | 00192 | Left GTMO |
| 05-CV-0345 | Bates | Al-Anazi v. Bush | Adel Egla Hussan Al-Nussairi | 00308 | Left GTMO |
| 05-CV-0454 | Urbina | Qayed v. Bush | Rashid Abdul Mosleh Qayed | 00344 | Left GTMO |
| 05-CV-0490 | Friedman | Al-Shihry v. Bush | Abdul-Salam Gaithan Mureef Al-Shihry | 00132 | Left GTMO |
| 05-CV-0520 | Urbina | Al-Oshan v. Bush | Musa Al Madany | 00058 | Left GTMO |
| 05-CV-0533 | Leon | Al-Oshan v. Bush | Sulaiman Saad Mohaammed Al-Oshan | 00121 | Left GTMO |
| 05-CV-0586 | Roberts | Al Rashaidan v. Bush | Abdullah Ibrahim Abdullah Al Rashaidan | 00343 | Left GTMO |
| 05-CV-0621 | Friedman | Mokit v. Bush | Wahidof Abdul Mokit | 00090 | Left GTMO |
| 05-CV-0714 | Bates | Battayav v. Bush | Elham Battayav | 00084 | Left GTMO |
| 05-CV-0764 | Kollar-Kotelly | Imran v. Bush | Lahcen Ikasrien | 00072 | Left GTMO |
| 05-CV-0764 | Kollar-Kotelly | Imran v. Bush | Najeeb Al Husseini | 00075 | Left GTMO |
| 05-CV-0764 | Kollar-Kotelly | Imran v. Bush | Tareq | 00133 | Left GTMO |
| 05-CV-0764 | Kollar-Kotelly | Imran v. Bush | Moussa | 00270 | Left GTMO |
| 05-CV-0764 | Kollar-Kotelly | Imran v. Bush | Mohammed Mazoz | 00294 | Left GTMO |

Exhibit B: List Of Enemy Combatant Detainees With Pending Habeas Corpus Petitions Who Have Been Released From United States Custody

| Case Number | Judge | Case Name | Petitioner's Name | ISN | Status |
|---|---|---|---|---|---|
| 05-CV-0764 | Kollar-Kotelly | Imran v. Bush | Ridouane Shakur | 00499 | Left GTMO |
| 05-CV-0885 | Kessler | Mohammad v. Bush | Alif Mohammad | 00972 | Left GTMO |
| 05-CV-1002 | Sullivan | Mohammed v. Bush | Akhtar Mohammed | 00845 | Left GTMO |
| 05-CV-1008 | Bates | Mangut v. Bush | Habibullah Mangut | 00907 | Left GTMO |
| 05-CV-1010 | Leon | Khan v. Bush | Mohabat Khan | 00909 | Left GTMO |
| 05-CV-1242 | Lamberth | Pirzai v. Bush | Ahsanullah Pirzai | 00562 | Left GTMO |
| 05-CV-1243 | Lamberth | Peerzai v. Bush | Ihsan Ullah Peerzai | 00562 | Left GTMO |
| 05-CV-1246 | Roberts | Mohammadi v. Bush | Abdul Majid Mohammadi | 00555 | Left GTMO |
| 05-CV-1311 | Lamberth | Ullah v. Bush | Ehsan Ullah | 00562 | Left GTMO |
| 05-CV-1453 | Urbina | Al-Subaiy v. Bush | Nasser Mazyad Abdullah Al-Subaiy | 00497 | Left GTMO |
| 05-CV-1489 | Urbina | Faizullah v. Bush | Faizullah | 00919 | Left GTMO |
| 05-CV-1493 | Walton | Amon v. Bush | Mohammed Amon | 01074 | Left GTMO |
| 05-CV-1667 | Walton | Al-Siba'i v. Bush | Abdul-Hadi Muhammed Al-Siba'i | 00064 | Left GTMO |
| 05-CV-1668 | Kessler | Al-Uwaidah v. Bush | Rashid Awadh Rashid Al-Uwaidah | 00664 | Left GTMO |
| 05-CV-1669 | Hogan | Al-Jutaili v. Bush | Fahd Bin Salih Bin Sulaiman Al-Jutaili | 00177 | Left GTMO |
| 05-CV-1697 | Walton | Khandan v. Bush | Kadeer Khandan | 00831 | Left GTMO |
| 05-CV-1714 | Roberts | Al-Rubaish v. Bush | Yousif Abdullah Al-Rubaish | 00109 | Left GTMO |
| 05-CV-1857 | Kollar-Kotelly | Al-Harbi v. Bush | Mazin Salih Al-Harbi | 00588 | Deceased |
| 05-CV-2104 | Walton | Ali Al Jayfi v. Bush | Issam Hamid Ali Bin Ali Al Jayfi | 00183 | Left GTMO |
| 05-CV-2197 | Kennedy | Al-Asadi v. Bush | Mohammed Ahmed Ali Al-Asadi | 00198 | Left GTMO |
| 05-CV-2216 | Lamberth | Al Subaie v. Bush | Alghamdi Abdulrahman Othman A | 00095 | Left GTMO |
| 05-CV-2216 | Lamberth | Al Subaie v. Bush | Mohammed Bin Jaied Bin Aladi Al Mohammed Al Subaie | 00319 | Left GTMO |
| 05-CV-2369 | Roberts | Alsaaei v. Bush | Abdullah Ali Saleh Gerab Alsaaei | 00340 | Left GTMO |
| 05-CV-2384 | Roberts | Said v. Bush | Anwar Handan Al Shimmiri | 00226 | Left GTMO |
| 05-CV-2385 | Urbina | Al Halmandy v. Bush | Abd Al Rahman Abdullah Al Halmandy | 00118 | Left GTMO |
| 05-CV-2385 | Urbina | Al Halmandy v. Bush | Inshanullah | 00367 | Left GTMO |
| 05-CV-2385 | Urbina | Al Halmandy v. Bush | Shamsullah | 00783 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Maged LNU | 00025 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Slaim Harbi | 00057 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Mishal Al Madany | 00058 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Najeeb LNU | 00075 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Elham Bataif | 00084 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Mohsen LNU | 00193 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Mohammed Rimi | 00194 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Abdul Salam Deiff | 00306 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Seed Farha | 00341 | Left GTMO |

Exhibit B: List Of Enemy Combatant Detainees With Pending Habeas Corpus Petitions Who Have Been Released From United States Custody

| Case Number | Judge | Case Name | Petitioner's Name | ISN | Status |
|---|---|---|---|---|---|
| 05-CV-2386 | Walton | Mohammon v. Bush | Saleh Mohammed Ali Azoba | 00501 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Abdullah LNU | 00528 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Abdullah Al Quatany | 00652 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Abdullah Hamid Musleh Qahtany | 00652 | Left GTMO |
| 05-CV-2427 | Leon | Rimi v. Bush | Mohammad Rimi | 00194 | Left GTMO |
| 05-CV-2452 | Friedman | Al Salami v. Bush | Abdullah Al Sali Al Asoriya | 00340 | Left GTMO |
| 05-CV-2452 | Friedman | Al Salami v. Bush | Saleh Ali Abdullah Al Salami | 00693 | Deceased |
| 05-CV-2466 | Lamberth | Khan v. Bush | Anwar Khan | 00948 | Left GTMO |
| 06-CV-1675 | Walton | Wasim v. Bush | Wasim | 00338 | Left GTMO |
| 06-CV-1677 | Lamberth | Naseem v. Bush | Mohammed Naseem | 00453 | Left GTMO |
| 06-CV-1678 | Lamberth | Khan v. Bush | Gulbas Khan | 00316 | Left GTMO |
| 06-CV-1768 | Roberts | Al-Maliki v. Bush | Saed Farhan Al-Maliki | 00157 | Left GTMO |